AO 450 (Rev. 01/09) Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Tempie L. Adams,
*Plaintiff*
v.                                        Civil Action No.    1:16-03415-JMC

United States Department of Labor
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: this action is remanded to the United States Department of Labor for further administrative proceedings.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding. The court having set aside DOL's decisions as arbitrary and capricious and remanded plaintiff's claims for additional administrative proceedings.

*CLERK OF COURT*

Date: December 26, 2018

s/Angie Snipes
_____
*Signature of Clerk or Deputy Clerk*